[No. 27444-6-III.   Division Three.   January 7, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTOPHER THOMAS CURLEY, *Appellant.*

Appeal from a judgment of the Superior Court for Stevens County, No. 08-1-00152-5, Rebecca M. Baker, J., entered August 19, 2008. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Kulik, C.J., and Brown, J.

[No. 27690-2-III.   Division Three.   January 7, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. MIGUEL SOLIS, JR., *Appellant.*

Appeal from a judgment of the Superior Court for Grant County, No. 08-1-00034-9, John M. Antosz, J., entered December 16, 2008. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Brown, A.C.J., and Korsmo, J.

[No. 27725-9-III.   Division Three.   January 7, 2010.]

JEFFERY COPELAND ET AL., *Appellants*, v. THE CITY OF KENNEWICK, *Respondent.*

Appeal from a judgment of the Superior Court for Benton County, No. 07-2-02569-1, Vic L. VanderSchoor, J., entered December 2, 2008. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Kulik, C.J., and Brown, J.

[No. 27966-9-III.   Division Three.   January 7, 2010.]

AMERICAN STATES INSURANCE COMPANY, *Appellant*, v. S.S. EQ., INC., *Respondent.*

Appeal from a judgment of the Superior Court for Franklin County, No. 08-2-50667-6, Craig J. Matheson, J., entered March 9, 2009. *Reversed* and *remanded* by unpublished opinion per Korsmo, J., concurred in by Kulik, C.J., and Brown, J.